IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL NO.   DLB-22-159 |
| | * |
| **DAVON HEMPHILL** | * |
| | * |
| | * |
| | ******* |

## MOTION TO STRIKE APPEARANCE

Please strike the appearance of Charles R. Gamper, Special Assistant United States Attorney for the District of Maryland on behalf of the United States as counsel in the above-referenced matter.

Respectfully submitted,

Erek L. Barron
United States Attorney


_____/s/_____
Charles R. Gamper
Special Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800