

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

Jonathan S. Tsuei
Special Assistant United States Attorney
Jonathan.Tsuei@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4960
MAIN: 410-209-4800
FAX: 410-962-0717

November 16, 2022

The Honorable Deborah L. Boardman
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

      RE:    Status Report
            <u>United States of America v. Davon Hemphill.</u>
            DLB-22-0159

Dear Judge Boardman:

      The government submits this status report in the above-captioned case. On April 26, 2022, a grand jury sitting in the District of Maryland returned a four-count indictment charging the Defendant, Davon Hemphill, with: (1) one count of possession of a firearm and ammunition by a prohibited person, in violation of 18 U.S.C. § 922(g) (Count One); (2) one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a) (Count Two); one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c); and (4) one count of possession of a stolen firearm, in violation of 18 U.S.C. § 922(j) (Count Four).

      The Defendant had an initial appearance on the above charges on May 19, 2022. The Defendant was detained by agreement of the parties without prejudice to either side requesting a detention hearing at a later date. On November 14, 2022, counsel for the Defendant filed pre-trial motions, which are currently pending a response from the Government. The Government has produced discovery and will continue to provide any additional discovery on a rolling basis.

      The parties have been unable to reach a pretrial resolution in this case. On October 19, 2022, following a conference call with the parties, this Court issued a scheduling Order setting a trial date of April 3, 2023.

      If the Court has any questions, please do not hesitate to reach out.

            Respectfully submitted,

            Erek L. Barron
            United States Attorney

            _____/s/_____

            Jonathan S. Tsuei
            Special Assistant United States Attorney

Filed via ECF on November 16, 2022